

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRINITY DALLAS DONLEY,

    Defendant.



Case: 1:21-cr-20408
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 06-16-2021
SEALED MATTER (tt)

---

## INDICTMENT

---

THE GRAND JURY CHARGES:

**Possession with Intent to Distribute Methamphetamine**
**(21 U.S.C. § 841(a)(1))**

On or about May 3, 2021, in the Eastern District of Michigan, Trinity Dallas Donley knowingly possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this.

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Dated: June 16, 2021            THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

s/Roy R. Kranz

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
989-895-5712
Roy.kranz@usdoj.gov
P56903

**Companion Case information MUST be completed by AU**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 1:21-cr-20408<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 06-16-2021<br>SEALED MATTER (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes            x No | AUSA's Initials:  RRK |

Case Title: USA v. Trinity Dallas Donley

County where offense occurred:  Isabella County

Check One:  __ Felony     X Misdemeanor     Petty

    __X__Indictment/____Information ---  **no** prior complaint.
    _____Indictment/____Information --- based upon prior complaint [ ]
    _____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

FILED JUN 16 2021 U.S. DISTRICT COURT FLINT, MICHIGAN

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐     Corrects errors; no additional charges or defendants.
☐     Involves, for plea purposes, different charges or adds counts.
☐     Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  June 16, 2021

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:  P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.